UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ANTONIO MORENO,<br><br>Petitioner,<br><br>v.<br><br>DAVID BREWER,<br><br>Respondents. | No. 2:23-cv-00117-TLN-DB<br><br>**ORDER** |

     Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On August 29, 2022 (ECF No. 5), the magistrate judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner did not file any objections to the findings and recommendations.

     Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served.  It is the Petitioner's responsibility to keep the Court always apprised of his current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2022 (ECF No. 5) are ADOPTED IN FULL; and
2. This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 183(b).
3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.
4. The Clerk of Court is directed to close this case.

Date:  September 22 2023

Troy L. Nunley
United States District Judge

2